1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   Raoul.Kennedy@skadden.com
2  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570

6  PAUL M. ECKLES (STATE BAR NO. 181156)
   Paul.Eckles@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone: (212) 735-3000
9  Facsimile:  (212) 735-2000

10 Attorneys for Specially Appearing Defendant
   HARPERCOLLINS PUBLISHERS L.L.C.
11

12                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
13                     **SAN FRANCISCO DIVISION**

14 | CHAD MILLER and GRACE HOKE, | ) | **CASE NO. 3:11-CV-05019-EMC** |
15 | Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
   | | ) | **STIPULATION AND [PROPOSED]** |
16 | Plaintiffs, | ) ) | **ORDER REGARDING (1) EXTENDING TIME TO RESPOND TO THE** |
17 | vs. | ) ) | **COMPLAINT AND (2) CASE COORDINATION** |
18 | HACHETTE BOOK GROUP, INC.; HARPER COLLINS PUBLISHERS, INC.; | ) ) ) | |
19 | MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; SIMON & | ) ) | |
20 | SCHUSTER, INC., and APPLE INC. | ) ) | |
21 | Defendants. | ) ) ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING (1) EXTENDING TIME TO RESPOND TO THE COMPLAINT AND (2) CASE COORDINATION**

WHEREAS, there have been multiple actions related to the above-captioned action filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, on September 9, 2011, the court in the New York Actions entered a stipulation and order providing that the time for defendants Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as Macmillan Publishers, Inc.), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants") to answer, move, or otherwise respond to the complaints in the New York Actions would be enlarged to the 60th day after the Actions have been consolidated in a single forum and a consolidated amended complaint has been filed (or lead plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended complaint);

WHEREAS, on November 2, 2011, pursuant to parties' stipulation, the Court entered an order providing that Defendants' time to answer, move, or otherwise respond to the complaint in this action would be enlarged until December 15, 2011, and without prejudice to Defendants seeking a further enlargement of the time to answer, move, or otherwise respond;

WHEREAS, on November 28, 2011, the Court related the above-captioned action to *Petru, et. al. v. Apple, Inc., et al.*, C.A. No. 3:11-03892 (N. D. Cal.);

WHEREAS, pursuant to the Clerk's Notice dated November 28, 2011, the Initial Case Management Conference in the above-captioned action is scheduled for January 6, 2012;

WHEREAS, on December 9, 2011, the Judicial Panel on Multidistrict Litigation (the "JPML") issued an order pursuant to 28 U.S.C. § 1407 to transfer *Petru, et. al. v. Apple, Inc., et al.*, C.A. No. 3:11-03892 and *Diamond, et al. v. Apple, Inc., et al.*, C.A. No. 3:11-03954, currently pending in the Northern District of California, to the Southern District of New York and assign them to the Honorable Denise L. Cote for coordinated and consolidated pretrial proceedings

with the actions already pending in the Southern District of New York, *In re Electronic Books Antitrust Litigation*, MDL Docket No. 2293 (the "Consolidated New York Actions");

WHEREAS, on December 9, 2011, counsel, who purported to act on behalf of plaintiffs in ten of the eleven Actions filed in this Court sent a letter to Judge Cote regarding case administration of the Actions;

WHEREAS, lead plaintiffs' counsel has not yet been appointed in the Consolidated New York Actions;

WHEREAS, the parties anticipate that the remaining Actions currently pending in this Court will be transferred to Judge Cote for coordinated and consolidated pretrial proceedings with the Consolidated New York Actions;

WHEREAS, the parties have agreed that the response date in this action should not come prior to the response date stipulated to in the Consolidated New York Actions;

WHEREAS, the parties have agreed that further case administration should take place in connection with the Consolidated New York Actions;

WHEREAS, the parties agree that submission of this Stipulation should be without prejudice to any of Plaintiffs' claims or Defendants' defenses;

WHEREAS, unless otherwise provided for herein, this Stipulation will not modify the schedule of this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as follows:

1. Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendants' time to answer, move, or otherwise respond to the complaint is hereby extended to the 60th day after a consolidated amended complaint has been filed in the Consolidated New York Actions (or lead plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended complaint);

2. Pursuant to Civil Local Rules 16-2 and 7-12, the parties hereby stipulate that the Initial Case Management Conference with this Court scheduled for January 6, 2011, should be taken off calendar, as well as all dates required under Federal Rules of Civil Procedure 16 and 26

2

related to that Initial Case Management Conference, without prejudice to Plaintiffs' and Defendants' positions as to the dates on which these events should occur in the Consolidated New York Actions;

      3.      Further case adminsitration, including the negotiation of any brief scheduling beyond the time for Defendants' time to answer, move, or otherwise respond to the complaint and any pre-trial conferences governed by Federal Rules of Civil Procedure 16 and 26, shall occur in connection with the Consolidated New York Actions;

      4.      If any of the Defendants that are a party to this Stipulation responds to a complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will respond to the complaint in this action at the same time;

      5.      None of Plaintiffs' claims or Defendants' defenses are prejudiced or waived by its submission of this Stipulation; and

      6.      This stipulation is without prejudice to the right of any party to seek a further adjustment to any of the dates contained in this stipulation based on future developments

DATED: December 14, 2011

                                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                     By:   /s/ Raoul D. Kennedy
                                                 RAOUL D. KENNEDY

                                   525 University Ave., Suite 1100
                                   Palo Alto, California 94301
                                   Telephone: (650) 470-4500
                                   Facsimile: (650) 470-4570

                                   Attorneys for Specially Appearing Defendant
                                   HARPERCOLLINS PUBLISHERS L.L.C.

    I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding (1) Extending Time to Respond to the Complaint, and (2) Case Coordination. In compliance with General Order 45, X.B., I hereby attest that each of the following signatories has concurred in this filing.

| | |
|---|---|
| 1 | SHEARMAN & STERLING LLP |
| 2 | |
| 3 | By:  /s/ James Donato |
| | JAMES DONATO |
| 4 | |
| 5 | Four Embarcadero Center, Suite 3800 |
| | San Francisco, California 94111 |
| | Telephone: (415) 616-1100 |
| 6 | Facsimile: (415) 616-1199 |
| 7 | Attorneys for Specially Appearing Defendant |
| | HACHETTE BOOK GROUP, INC. |
| 8 | |
| | SIDLEY AUSTIN LLP |
| 9 | |
| 10 | |
| | By:  /s/ Samuel R. Miller |
| 11 | SAMUEL R. MILLER |
| 12 | 555 California Street |
| | San Francisco, California 94104 |
| 13 | Telephone: (415) 772-1200 |
| | Facsimile: (415) 772-7400 |
| 14 | |
| 15 | Attorneys for Specially Appearing Defendant |
| | HOLTZBRINCK PUBLISHERS, LLC D/B/A |
| | MACMILLAN |
| 16 | |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 17 | |
| 18 | |
| | By:  /s/ Reginald D. Steer |
| 19 | REGINALD D. STEER |
| 20 | 580 California Street, Suite 1500 |
| | San Francisco, California 94104-1036 |
| 21 | Telephone: (415) 765-9520 |
| | Facsimile: (415) 765-9501 |
| 22 | |
| 23 | Attorneys for Specially Appearing Defendant |
| | PENGUIN GROUP (USA) INC. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1

WEIL, GOTSHAL & MANGES LLP

2

3

By:   /s/  Gregory D. Hull
     GREGORY D. HULL

4

5

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

6

7

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

8

GIBSON, DUNN & CRUTCHER LLP

9

10

11

By:   /s/  Daniel S. Floyd
     DANIEL S. FLOYD

12

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7148
Facsimile:  (213) 229-7520

13

14

Attorneys for Specially Appearing Defendant
APPLE INC.

15

16

FAZIO & MICHELETTI LLP

17

18

By:   /s/  Dina E. Micheletti
     DINA E. MICHELETTI

19

20

2410 Camino Ramon
Suite 315
San Ramon, CA 94583
Telephone:  (925) 543-2555
Facsimile:  (925) 369-0344

21

22

Attorneys for Plaintiffs

23

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The CMC is reset for 6/29/12 at 9:00 a.m. A joint CMC statement shall be filed by 6/22/12.

24

Dated:   12/27  , 2011

25

By:
   Hon. Edward M. Chen
   U.S. DISTRICT COURT JUDGE

26

27

28

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen